**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ALABAMA**
**SOUSTHERN DIVISION**

| | |
|---|---|
| CHARLES JAMES DUNN, who is incapacitated, sues by and through his father and next friend, WILLIE LLOYD DUNN, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | CASE NO.: 2:25-cv-00675-MHH ) ) |
| JEFFERSON COUNTY, ALABAMA ET AL | ) ) ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS**
**WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)(1)(A)(i), FED. R. CIV.P.**

Comes now the Plaintiff by and through the undersigned counsel in this matter, and provides notice to this Court as follows:

The Plaintiff, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of the voluntary dismissal without prejudice of all claims against all Defendants.

None of the Defendants have been served with process, and thus have not filed any responsive pleadings in this matter. Accordingly, dismissal without prejudice is appropriate under Rule 41(a)(1)(A)(i).

Respectfully submitted this the 26th day of September 2025.

*s/Anthony Piazza*
Anthony Piazza
ASB-6593-A47A
*Attorney for the Plaintiff*

ANTHONY PIAZZA, P.C.
P. O. Box 550217
Birmingham, AL  35255
Phone (205) 617-6211
Email: anthonypiazza0326@hotmail.com